**E-Filed 10/10/07**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ERNESTO LUERA,<br><br>            Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | Civ. Case No. C 07-04009 JF<br>Crim. Case No. CR 06-650 JF<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

     Petitioner,[1] a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255. IT IS ORDERED as follows:

     (1)    The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District

---

[1] This action was commenced by Ernesto Luera on August 6, 2007, when he filed a "Motion To Vacate, Set Aside or Correct a Sentence By a Person in Federal Custody" (28 U.S.C. §2255). On September 24, 2007, Luera filed a Notice to Amend Habeas Corpus in the underlying criminal proceeding, *United States v. Luera*, Case No. CR 06-650 JF. Because this is a separate action under 28 U.S.C. § 2255, Luera is the Petitioner herein and the Government is the Respondent. The Clerk of the Court shall amend the docket to reflect the proper designations of the parties. Petitioner's Motion to Amend Habeas Corpus Motion appears to be mischaracterized, and will proceed as a Motion to Vacate.

1 of California and (b) serve a copy of this Order on Petitioner.

2     (2)    Respondent shall, in writing and within thirty (30) days after receiving this Order, file an opposition to the Motion showing cause why the Motion should not be granted.

    (3)    Petitioner may file a reply within twenty (20) days after receiving the opposition.

    (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon the expiration of time to file a reply.

DATED: October 9, 2007

_____
JEREMY FOGEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28