**E-Filed 10/10/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ERNESTO LUERA,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case Number C 07-4009 JF<br><br>ORDER[1] DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner has applied to proceed *in forma pauperis*. Because the civil action he brings is a motion to vacate or correct his sentence under 28 U.S.C. § 2255, no filing fee is required. Accordingly, the motion will be denied as moot.

IT IS SO ORDERED.

DATED: 10/10/ 2007

                                              JEREMY FOGEL<br>
                                              United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-4009 JF
ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)

1  This Order has been served upon the following persons:

2  Ernesto Luera
   10549-11
3  US Penitentiary
   3901 Klein Blvd., Unit "B"
4  Lompoc, CA 93436-2706

5  Office of the United States Attorney
   450 Golden Gate Ave.
6  Box 36055
   San Francisco, CA 94102

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-4009 JF
ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)