**E-Filed 10/10/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERNESTO LUERA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case Number C 07-4009 JF

ORDER[1] DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner has applied to proceed *in forma pauperis*. Because the civil action he brings is a motion to vacate or correct his sentence under 28 U.S.C. § 2255, no filing fee is required. Accordingly, the motion will be denied as moot.

IT IS SO ORDERED.

DATED: 10/10/ 2007

                                      JEREMY FOGEL
                                      United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-4009 JF
ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)

This Order has been served upon the following persons:

Ernesto Luera
10549-11
US Penitentiary
3901 Klein Blvd., Unit "B"
Lompoc, CA 93436-2706

Office of the United States Attorney
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102