SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0650 JF |
| Plaintiff, | No. C 07-04009 JF |
| v. | MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION |
| ERNESTO LUERA, | |
| Defendant. | |

     On October 9, 2005, this Court issued an Order to Show Cause directing the United States to file an Answer to defendant's Ernesto Luera's Section 2255 motion. The Court's Order was filed the next day on October 10, 2007. The Court's Order directed the United States to file its Opposition within thirty (30) days after receiving this Order, i.e., on or before November 9, 2007.

     Based on the grounds set forth in the accompanying Declaration of Joseph A. Fazioli, filed herewith, the United States respectfully requests an extension of the time for responding, from thirty (30) to seventy (70) days. Accordingly, the United States moves for an Order that it file its Answer on or before December 19, 2007.

//

1 | The United States submits herewith a proposed form of order.

3 | DATED: November 9, 2007              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
JOSEPH A. FAZIOLI
Assistant United States Attorney