SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERNESTO LUERA,<br><br>    Defendant. | No. CR 06-0650 JF<br><br>No. C 07-04009 JF<br><br>DECLARATION OF JOSEPH A. FAZIOLI IN SUPPORT OF UNITED STATES' MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION |

I, Joseph Fazioli, hereby declare as follows:

1.    I am an Assistant United States Attorney for the Northern District of California. I have personal knowledge of the matters set forth below. I had principal responsibility for the prosecution of defendant Ernesto Luera, and now have principal responsibility for representing the United States in this Section 2255 matter. I submit this declaration in support of the United States' request for an Order extending the government's time for response from thirty (30) to seventy (70) days from the date of issuance of the Court's Order to Show Cause.

2.    On October 9, 2007, this Court issued an Order to Show Cause directing the United States to file an Answer to defendant's Ernesto Luera's Section 2255 motion. The

DECLARATION OF JOSEPH A. FAZIOLI
No. CR 06-00650 JF & No. C 07-04009 JF        -1-

1  Court's Order was filed the next day on October 10, 2007.  The Court's Order directed
2  the United States to file its Opposition within thirty (30) days after receiving this Order,
3  i.e., on or before November 9, 2007.  The Court specifically ordered the United States
4  Attorney to show cause "why the motion should not be granted."

      3.    The United States will not be able to comply with the timeframe for filing in the Court's Order.  Undersigned government counsel has spent a substantial amount of time in the past 30 days preparing for the trial in the criminal case <u>United States v. Kevin Dugan</u>, CR 03-20010 RMW.  That trial commenced the week of October 29th, and is not anticipated to be submitted to the jury until Tuesday, November 13th at the earliest.

      4.  For the above reason, I do not believe that I can adequately respond to defendant Luera's Section 2255 motion (including potentially obtaining transcripts related to that motion) within the time currently accorded by the Court.  I respectfully request that the Court allow the government an additional forty (40) days within which to file its Opposition – that is, that the United States' Opposition be due on or before December 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 9th day of November, 2007, in San Jose California.

_____/s/_____
JOSEPH A. FAZIOLI