CERTIFICATE OF SERVICE

UNITED STATES v. ERNESTO LUERA

No. CR 06-0650 JF
No. C 07-04009 JF

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he will cause a copy of:

UNITED STATES' MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION

DECLARATION OF JOSEPH A. FAZIOLI IN SUPPORT OF UNITED STATES' MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION

UNITED STATES' [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION

to be served on the party in this action,

　　Via United States Mail to:

Ernesto Luera
10549-11
US Penitentiary
3901 Klein Blvd., Unit "B"
Lompoc, CA 93436-2706

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 9, 2007　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　JOSEPH FAZIOLI
　　　　　　　　　　　　　　　　　　Assistant United States Attorney