JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5081
    E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0650 JF |
| ) | |
|     Plaintiff, ) | No. C 07-04009 JF |
| ) | |
|     v. ) | DECLARATION OF JOSEPH A. |
| ) | FAZIOLI IN SUPPORT OF UNITED |
| ERNESTO LUERA, ) | STATES' MOTION FOR EXTENSION |
| ) | OF TIME FOR FILING ANSWER TO |
|     Defendant. ) | SECTION 2255 MOTION |
| _____ ) | |

I, Joseph Fazioli, hereby declare as follows:

    1.    I am an Assistant United States Attorney for the Northern District of California. I have personal knowledge of the matters set forth below. I had principal responsibility for the prosecution of defendant Ernesto Luera, and now have principal responsibility for representing the United States in this Section 2255 matter. I submit this declaration in support of the United States' request for an Order extending the government's time for response an additional forty-five (45) days from the current filing date, February 16, 2008.

    2.    On October 9, 2007, this Court issued an Order to Show Cause directing the United States to file an Answer to defendant's Ernesto Luera's Section 2255 motion. The

1   Court's Order was filed the next day on October 10, 2007.  The Court's Order directed
2   the United States to file its Opposition within thirty (30) days after receiving this Order,
3   i.e., on or before November 9, 2007.  The Court specifically ordered the United States
4   Attorney to show cause "why the motion should not be granted."  The United States
5   subsequently received additional time to file its response, thereby resulting in the current
6   filing date of February 16, 2008.

7           3.      The United States will not be able to comply with the current February 16,
8   2008 timeframe for filing its response to defendant Luera's Section 2255 motion.  The
9   defendant pled guilty and was summarily sentenced by the Court on October 18, 2006.
10  Undersigned counsel's review of the defendant's 2255 motion has led to the conclusion
11  that a review of the transcript of those proceedings would be important to assessing the
12  merits (if any) of that motion.  My previous review of the PACER system revealed that
13  Gina Galvan was the Court reporter for defendant's October 18, 2006 guilty plea and
14  sentencing.  Although I contacted Ms. Galvan regarding this matter near the end of 2007,
15  I did not actually receive a copy of the transcript of defendant's guilty plea and sentencing
16  from Ms. Galvan until earlier this week.

17          4.      Defendant Luera's Section 2255 Motion appears to raise a number of
18  substantive issues, including one which arguably relates to alleged ineffective assistance
19  of counsel.  Accordingly, undersigned government counsel contemplates that it may be
20  necessary to contact and seek a declaration from defendant's counsel at guilty plea and
21  sentencing, former Assistant Federal Public Defendant Jay Rorty.  Undersigned counsel
22  does not anticipate being able to make a decision regarding whether such contacts with
23  defense counsel would be necessary until I have conducted a more thorough review of the
24  transcripts of the defendant's guilty plea and sentencing.

25          5.      In addition, undersigned government counsel has had a significant case load
26  on other matters, and also will also be out of the office at a training session for the next
27  work week, thus limited the available time to work on any response to defendant Luera's
28  Section 2255 Motion prior to the current February 16, 2008 filing date.

DECLARATION OF JOSEPH A. FAZIOLI
No. CR 06-00650 JF & No. C 07-04009 JF            -2-

1          6.     For the aforementioned reasons, I do not believe that I can adequately

2    respond to defendant Luera's Section 2255 motion within the time currently accorded by

3    the Court.  I respectfully request that the Court allow the government an additional forty-

4    five (45) days within which to file its Opposition – that is, that the United States'

5    Opposition be due on or before April 1, 2008.  This requested continuance is not

6    undertaken for purposes of delay.

        I declare under penalty of perjury that the foregoing is true and correct to the best

7

8    of my knowledge and belief.  Executed this February 8th of 2008, in San Jose, California.

9

10

11                                  /s/
                   JOSEPH A. FAZIOLI

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28