JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0650 JF |
| ) | |
|    Plaintiff, ) | No. C 07-04009 JF |
| ) | |
| v. ) | MOTION FOR EXTENSION OF TIME |
| ) | FOR FILING ANSWER TO SECTION |
| ERNESTO LUERA, ) | 2255 MOTION |
| ) | |
|    Defendant. ) | |

     On October 9, 2007, this Court issued an Order to Show Cause directing the United States to file an Answer to defendant's Ernesto Luera's Section 2255 motion.  The Court's Order was filed the next day on October 10, 2007.  The Court's Order directed the United States to file its Opposition within thirty (30) days after receiving this Order, i.e., on or before November 9, 2007.  The United States has subsequently received additional time to file its response, thus resulting in the current filing date of February 16, 2008.

     Based on the grounds set forth in the accompanying Declaration of Joseph A. Fazioli, filed herewith, the United States respectfully requests an additional sixty (60) days in which to respond to defendant Luera's Section 2255 Motion.  Accordingly, the

MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION
No. CR 06-00650 JF & No. C 07-04009 JF        -1-

1  United States moves for an Order that it file its Answer on or before May 31, 2008.

2  The United States submits herewith a proposed form of order.

3

4  DATED: April 1, 2008                                 Respectfully submitted,

5                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
6

7
                                                       _____/s/_____
8                                                      JOSEPH A. FAZIOLI
                                                       Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION
No. CR 06-00650 JF & No. C 07-04009 JF            -2-