JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0650 JF |
| Plaintiff, ) | No. C 07-04009 JF |
| v. ) | DECLARATION OF JOSEPH A. FAZIOLI IN SUPPORT OF UNITED STATES' MOTION FOR EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION |
| ERNESTO LUERA, ) | |
| Defendant. ) | |

I, Joseph Fazioli, hereby declare as follows:

1.  I am an Assistant United States Attorney for the Northern District of California. I have personal knowledge of the matters set forth below. I had principal responsibility for the prosecution of defendant Ernesto Luera, and now have principal responsibility for representing the United States in this Section 2255 matter. I submit this declaration in support of the United States' request for an Order extending the government's time for response an additional sixty (60) days from the current filing date, April 1, 2008.

2.  On October 9, 2007, this Court issued an Order to Show Cause directing the United States to file an Answer to defendant's Ernesto Luera's Section 2255 motion. The

DECLARATION OF JOSEPH A. FAZIOLI
No. CR 06-00650 JF & No. C 07-04009 JF             -1-

1  Court's Order was filed the next day on October 10, 2007. The Court's Order directed
2  the United States to file its Opposition within thirty (30) days after receiving this Order,
3  i.e., on or before November 9, 2007. The Court specifically ordered the United States
4  Attorney to show cause "why the motion should not be granted." The United States
5  subsequently received additional time to file its response, thereby resulting in the current
6  filing date of April 1, 2008.

7      3.     The United States will not be able to comply with the current April 1, 2008
8  timeframe for filing its response to defendant Luera's Section 2255 motion. The
9  defendant pled guilty and was summarily sentenced by the Court on October 18, 2006.
10 Undersigned counsel's review of the defendant's 2255 motion has led to the conclusion
11 that additional review of the transcript of those proceedings would be important to
12 assessing the merits (if any) of that motion.

13     4.     Defendant Luera's Section 2255 Motion appears to raise a number of
14 substantive issues, including one which arguably relates to alleged ineffective assistance
15 of counsel. Accordingly, undersigned government counsel contemplates that it may be
16 necessary to contact and seek a declaration from defendant's counsel at guilty plea and
17 sentencing, former Assistant Federal Public Defender Jay Rorty. Undersigned counsel
18 does not anticipate being able to make a decision regarding whether such contacts with
19 defense counsel would be necessary until I have conducted a more thorough review of the
20 transcript of the defendant's guilty plea and sentencing.

21     5.     In addition, undersigned government counsel has had a significant case load
22 on other matters, thus limiting the available time to work on any response to defendant
23 Luera's Section 2255 Motion prior to the current April 1, 2008 filing date.

24     6.     For the aforementioned reasons, I do not believe that I can adequately
25 respond to defendant Luera's Section 2255 motion within the time currently accorded by
26 the Court. I respectfully request that the Court allow the government an additional sixty
27 (60) days within which to file its Opposition – that is, that the United States' Opposition
28 be due on or before May 31, 2008. This requested continuance is not undertaken for

DECLARATION OF JOSEPH A. FAZIOLI
No. CR 06-00650 JF & No. C 07-04009 JF    -2-

1  purposes of delay, and the government does not anticipate seeking any additional
2  continuances in this matter.
3      I declare under penalty of perjury that the foregoing is true and correct to the best
4  of my knowledge and belief. Executed this April 1st of 2008, in San Jose, California.

```
                        /s/
                   JOSEPH A. FAZIOLI
```

DECLARATION OF JOSEPH A. FAZIOLI
No. CR 06-00650 JF & No. C 07-04009 JF            -3-