JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0650 JF |
|    Plaintiff, ) | No. C 07-04009 JF |
| v. ) | |
| ERNESTO LUERA, ) | [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING ANSWER TO SECTION 2255 MOTION |
|    Defendant. ) | |

     Based upon the United States' Motion for Extension of Time for Filing its Answer to Defendant's Section 2255 Motion, and accompanying Declaration of Joseph A. Fazioli, and for good cause appearing, IT IS ORDERED THAT:

     1.  The time set forth for the filing and serving of an Answer is extended for an additional sixty (60) days from the current filing date of April 1, 2008.  Accordingly, the United States shall file and serve its Answer on or before May 31, 2008.

//

//

//

[PROPOSED] ORDER
No. CR 06-00650 JF & No. C 07-04009 JF      -1-

1      2. In all other respects this Court's Order of October 9, 2007 shall remain in
2  effect.
3      IT IS SO ORDERED.
4
5  DATED:                                                      _____
6                                                            HON. JEREMY FOGEL
                                                          United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28