CR-O6-00650-JF

Page 1

**FILED**

## Motion to Vacate, Set Aside, or Correct a Sentence
### By a Person in Federal Custody

2007 AUG -3 P 3:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

(Motion Under 28 U.S.C. § 2255)

# C 07   04009 JF

### Instructions



1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for <u>Northern of California</u>
   Address 280 S. First St., Room 2112
   City, State Zip Code San Jose, CA 95113

9. <u>**CAUTION**</u>: You must include in this motion <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. <u>**CAPITAL CASES**</u>: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

*FILED*

*AUG 3 - 2007*

*CLERK U.S. ...*
*NORTHERN DISTRICT OF COURT*
*SAN JOSE CALIFORNIA*

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Northern of California** | |
|---|---|---|
| Name (under which you were convicted): **ERNESTO LUERA** | Docket or Case No.: **CR-06-00650-JF** | |
| Place of Confinement: **U.S. Penitentiary-Lompoc, California** | Prisoner No.: **10549-111** | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. **ERNESTO LUERA** | | |

## MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court, Northern California, 280 S.First St.,San Jose, CA 95113

    (b) Criminal docket or case number (if you know): CR-06-00650-JF

2.  (a) Date of the judgment of conviction (if you know): 10/18/06

    (b) Date of sentencing: 10/18/06

3.  Length of sentence: 51 months custody, 3 yrs. supervised release.

4.  Nature of crime (all counts): Illegal Re-Entry following deportation. Title 8 U.S.C. § 1326.

5.  (a) What was your plea? (Check one)

    (1)   Not guilty ☐         (2)   Guilty ☒         (3)   Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6.  If you went to trial, what kind of trial did you have? (Check one)         Jury ☐         Judge only ☒

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❑    No ❑

8.  Did you appeal from the judgment of conviction?    Yes ❑    No ❑

9.  If you did appeal, answer the following:

(a) Name of court: __N/A_____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❑    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions,

petitions, or applications concerning this judgment of conviction in any court?

Yes ❑    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: N/A _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:    Yes ❑  No ☒

(2)  Second petition:    Yes ❑  No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Newly found evidence could not have been obtain till after the performance of due diligence and research of the facts and law.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Denial of Effective Assistance of Counsel for failure to conduct a complete and thorough investigation of non-existent statutes and venue.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Defense counsel failed to conduct a complete and thorough investigation of the non-existent legal statutes and laws to charge Defendant with any criminal offense, due to the fact that the applied statute under Title 8 U.S.C. §1326, has no implementing regulations to charge a person criminally, and the fact that immigration violations fall within civil laws and procedures, that do not call for criminal penalties, and do not exist in the Code of Federal Regulations, under Title 8, section 1, making his conviction and sentence unconstitutional, rendering his plea agreement null and void ab initio, and the fact defense counsel failed to invetigatethe lack of subject matter juris-diction, and no criminal venue exists, renders his representation ineffective as a matter of law, in violation of the Defendant's Sixth Amendment rights. And Title 18 USC § 3231 is unconstitutional as well.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: The newly found facts and evidence, were not discovered until due diligence and research had been conducted, as it is evident now.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Newly found evidence was discovered after conducting research and due diligence. _____

_____

_____

_____

GROUND TWO: Prosecutorial Misconduct occurred by applying unconstitutional statutes without implementing regulations, charging defendant criminally.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
After Defendant conducting his research and due diligence, he discovered new evidence that the government applied unconstitutional statutes that lacked implementing regulations under 8 C.F.R., section 1, Aliens and Nationality, as is required when it affects the public. The Immigration and Nationality Act, does not provide for criminal penalties, and can only be applied for the removal of undocumented aliens from within territorial limits of states. The newly found evidence, is clear and unambiguous, in that it indicates that

there are no criminal laws which can be imposed upon a person, and the government has no standing to indict without mandatory implementing regulations. Title 18 USC § 3231 was not properly legislated, thus not law.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Information was not made available to the Defendant until he conducted his own research and due diligence to discover said newly found evidence.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>Defense counsel failed to investigate and provide such information to the Defendant, and through Defendant's research and due diligence he discovered the aforementioned facts and newly found evidence that Title 8 U.S.C. § 1326, is unconstitutional, lacking implementing regulations.</u>

**GROUND THREE:** <u>Immigration Court is the only and proper venue to hear and decide matters of illegal entry, not the U.S. District Court criminally.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>U.S. District Court is a court of limited jurisdiction, and is not authorized to hear and decide civil matters affecting immigration violations under provisions as implemented in the Code of Federal Regulations, pursuant to 8 C.F.R., part 236.1, Apprehension, custody and detention. Title 8 U.S.C. § 1326, has no implementing regulations to be validly applicable to immigration violations criminally. The U.S. District Court is the wrong venue and jurisdiction to try and decide immigration matters. Any plea agreement signed by the Defendant, is null and void, due to lack of standing, and entered into by misrepresentation of the law, and under fraudulent conditions by the prosecution and defense counsel, violating the Defendants due process clause of the Fifth Amendment.</u>

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Such information was kept from the Defendant, until he was able to conduct his research and due diligence.</u>

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): <u>N/A</u>

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** All officers of the court and government entities involved, deprived the Defendant of his constitutional right utilizing unimplemented law.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

All officers of the court and government entities involved in this entitled matter, had a constitutional duty to avoid harm from happening, and were required by law to know whether the statutes utilized, were in fact actually and properly enacted with their mandatory implementing regulations, which caused the violation of the Defendant's due process right in violation of the Fifth Amendment to the Constitution. Therefore, the Defendant was covicted and sentenced obtained by fraud, collusion of the parties, or obtained without jurisdiction, making them **VOID** from their inception, and he is now detained unlawfully, and

the Court has a duty to correct it when brought to its attention, or by
its own accord, sua sponte, in the interest and furtherance of justice. 18 USC
§ 3231 is unconstitutional and without jurisdiction.

**(b)  Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑    No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>None</u> _____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: <u>Jay Rorty - Federal Public Defender - 160 W. Santa Clara Street, Suite 575, San Jose, CA 95113</u>

(b) At arraignment and plea: <u>Same as above.</u> _____

(c) At trial: <u>N/A</u> _____

(d) At sentencing: <u>Same as above 15(a)</u> _____

_____

(e) On appeal: <u>N/A</u>

(f) In any post-conviction proceeding: <u>N/A</u>

(g) On appeal from any ruling against you in a post-conviction proceeding: <u>None</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ❏ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❏ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ❏  No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not

bar your motion.* This motion is timely because it falls within the one year

period after conviction became final as per the AEDPA Act.

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section.  The limitation period
  shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in
      violation of the Constitution or laws of the United States is removed, if the movant was
      prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if
      that right has been newly recognized by the Supreme Court and made retroactively
      applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been
      discovered through the exercise of due diligence

Therefore, movant asks that the Court grant the following relief: <u>To vacate the conviction</u> <u>and order for his release forthwith, with prejudice, and allow him to re-</u> <u>open any deportation order to vacate same, and stay deportation process.</u>

or any other relief to which movant may be entitled.

Ernesto Luera, in Pro Se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>July 30,</u> <u>2007</u>                (month, date, year).

Executed (signed) on  <u>July 30, 2007</u>       (date).

Ernesto Luera, in Pro Se
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.  <u>N/A</u>

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

* * * * *

DC 12 (Rev 8/82)

## APPLICATION TO PROCEED IN FORMA PAUPERIS,
## SUPPORTING DOCUMENTATION & ORDER

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱 | DISTRICT  NORTHERN  DISTRICT  OF  CALIFORNIA |
|---|---|
| CASE TITLE  UNITED STATES OF AMERICA V. ERNESTO LUERA | DOCKET NO.  CR-06-00650-JF  MAGISTRATE CASE NO. |

I, ERNESTO LUERA _____, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff            ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                              *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

1. Denial of effective assistance of counsel for failure to conduct a complete and thorough investigation of nonexistent statutes and venue.
2. Prosecutorial misconduct by applying unconstitutional statutes.
3. Improper venue of district court to hear and decide subject matter.
4. Due process violation by applying unimplemented statutes as law.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes ☒    No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   $5.00 mo. - U.S. Penitentiary 3901 Klein Blvd.,Lompoc,CA93436

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other form of self-employment | Yes ☐ | No ☒ |
   | b. Rent payments, interest or dividends? | Yes ☐ | No ☒ |
   | c. Pensions, annuities or life insurance payments? | Yes ☐ | No ☒ |
   | d. Gifts or inheritances? | Yes ☐ | No ☒ |
   | e. Any other sources? | Yes ☐ | No ☒ |

ERNESTO LUERA
Federal No. 10549-111
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436-2706

in Pro Se

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | CASE NO. CV 07-04009-JF |
| | ) | (CR 06-0650-JF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR STATUS AND RULING OR |
| | ) | THE COURT'S RESOLUTION ON THE |
| ERNESTO LUERA, | ) | ISSUES OF DEFENDANT'S MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| Defendant. | ) | |
| | ) | |

COMES NOW, Defendant, ERNESTO LUERA, in pro se, proceeding without a lawyer, and moves this Court for Status and/or Resolution of his 2255 motion to vacate, set aside, or correct a sentence by a Person in Federal Custody, filed on or about August 3, 2007. This motion is filed under the following statute(s), F.R.Cv.P., Rule 52(a), for specific findings of fact and conclusions of law, as applicable by law, and for the following reasons, facts and verified laws:

DECLARATION IN SUPPORT

1. The Defendant herein, declares that on or about August 3, 2007, he filed a 2255 motion, which was amended on or about September 24, 2007, which included points and authorities of law, and as of this date, the government has failed to file a response which was ordered by February 16, 2008, defaulting on said order, and the Court has not rendered any ruling or resolution thereof.

2. The Defendant made claims he was denied effective assistance of counsel for failure to investigate that violated the Constitution's Sixth amendment.

-1-

3. That Defendant was charged under unimplemented statutes that lacked implementing regulation in violation of Article I, sec 7 of the constitution, establishing prosecutorial misconduct.

4. The Defendant also avered that Immigration Courts are the proper venue to hear and decide immigration violation matters and not the U.S. District Courts, as per provision under 8 C.F.R., Part 236.1, making any plea agreement invalid, null and void, because it was not "considered and intelligent."

5. Defendant's plea agreement was not constitutionally or lawfully executed due to government's misconduct by withholding material facts of law.

6. Defendant also avers that 8 U.S.C., does not appear <u>with implementing regulations</u> in the Code of Federal Regulations as required by law, see: <u>California Bankers Assn. v. Shultz</u>, 39 L.Ed.2d 812, 416 U.S. 21 (1974).

WHEREFORE, the Defendant respectfully requests prompt response from this Honorable Court, whereby the status of his motion is provided, and prays for the relief sought in his motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. That he signed a void plea agreement in want of jurisdiction, and as to best serve justice, and in the interest of judicial economy as beneficial to the Unites States.


Dated this April 9, 2008.          Respectfully submitted,


                                   Ernesto Lueta, Petitioner

///

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that on the date set forth below, I mailed a true and correct copy of the Motion for Response and Status of his Motion for Ruling and Status of the Court's Resolution of the Issues of the Case on Reply, via first class mail, postage prepaid, deposited in the U.S. Mail, or with Prison Official for mailing. At the U.S. Penitentiary, in LOmpoc, California, and attested to under penalty of perjury.

To:
Clerk
U.S. Distric Court                         U.S. Attorney's Office
Northern District of California            Attn: AUSA JOSEPH A. FAZIOLI
280 S. First St., Rm.2112                  150 Almaden Blvd., Ste. 900
San Jose, CA 95113                         San Jose, CA 95113


Dated: 04/09/08


Ernesto Luera

-3-

CK - 06 - 00650 - JF

ERNESTO LUERA
Federal No. 10549-111
U.S. Penitentiary
3901 Klein Blvd. "B" Unit
Lompoc, CA 93436-2706

in Pro Se

**FILED**

2007 SEP 24 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. C07 04009 JF |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE AND MOTION TO AMEND HABEAS |
| v. ) | CORPUS MOTION PURSUANT TO F.R.Cv. |
| ) | P., RULE 15(a)(c) AND DECLARATION |
| ERNESTO LUERA, ) | IN SUPPORT AND ATTACHED MEMORANDUM |
| ) | OF LAW |
| Defendant. ) | |
| ) | |

COMES NOW, Defendant, ERNESTO LUERA, in pro se, and in want of counsel, and hereby presents his amendment to his petition under section 2255, and pursuant to F.R.Cv.P., Rule 15 (a)(c), in order to bring clarity and applicability of law, and for support to his claims for relief as follows:

### DECLARATION

The Defendant declares that this amendment is necessary to give support to his 2255 motion and it is further requested that this amendment is accepted with its memorandum of law, as if recited verbatim herein. Defendant further declares that he is entitled to the relief sought, and that all previous cases be re-considered as null and void as well, due to their lack of legally enacted statutes, or in the alternative, to be re-opened for actual showing that they were brought in want of constitutionality, making them void.

Dated:

Respectfully submitted,

Ernesto Luera

DOCUMENT NO.              CSA's
INITIAL

DISTRICT COURT
CRIMINAL CASE PROCESSING

## MEMORANDUM OF LAW

**GROUND ONE:** Petitioner's Counsel was ineffective as a Matter of Law. In order to show that Petitioner's counsel violated his Sixth Amendment rights to a fair trial, Petitioner must show that his performance was deficient as determined by the Supreme Court and that prejudice occurred. First, the defendant must show that counsel's performance was deficient. This requires showing that counsel made errors so serious that counsel was not functioning as the "counsel" guaranteed the defendant by the Sixth Amendment.

Second, the defendant must show that the deficient performance prejudiced the defense. This requires showing that counsel's errors were so serious as to deprive the defendant of a fair trial, a trial whose result is reliable. **Strickland v. Washington**, 466 US 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

In a long line of cases that includes **Powell v. Alabama**, 287 US 45 (1932), **Johnson v. Zerbst**, 304 US 458 (1938), and **Gideon v. Wainwright**, 372 US 335 (1963), the Supreme Court has recognized that the Sixth Amendment right to counsel exists, and is needed in order to protect the fundamental right to a fair trial. The Constitution guarantees a fair trial through the Due Process Clause, but it defines the basic elements of a fair trial largely through the several provisions of the Sixth Amendment, including the Counsel Clause:

"In all criminal prosecutions, the accused **shall** enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime **shall** have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the

-1-

Assistance of Counsel for his defense."

Thus, a fair trial is one in which evidence subject to adversarial testing is presented to an impartial tribunal for resolution of issues defined in advance of the proceeding. The right to counsel plays a crucial role in the adversarial system embodied in the Sixth Amendment, since access to counsel's skill and knowledge is necessary to afford defendants the "ample opportunity to meet the case of the prosecution" to which they are entitled.

That a person who happens to be a lawyer is **"present at trial"** alongside the accused, however, is not enough to satisfy the constitutional command. The Sixth Amendment recognizes the right to the assistance of counsel because it envisions counsel's playing a role that is critical to the ability of the adversarial system to produce just results. An accused is entitled to be assisted by an attorney, whether retained or appointed, who plays the role necessary to ensure that the trial is fair.

For that reason, the Court has recognized that "the right to counsel is the right to effective assistance of counsel." Government violates the right to effective assistance when it **interferes** in certain ways with the ability of counsel to make independent decisions about how to conduct the defense. See: **e.g., Geders v. United States,** 425 U.S. 80(1976)(bar on attorney-client consultation during overnight recess); **Herring v. New York,** 422 U.S. 853(1975)(bar on summation at bench trial); **Brooks v. Tennessee,** 406 U.S. 605(1972)(requirement that defendant be first defense witness); **Ferguson v. Georgia,** 365 U.S. 570(1961)(bar on direct examination of defendant). Counsel however, can also deprive a defendant of the right to effective assistance, simply by failing to render "adequate legal assistance." **Cuyler v. Sullivan,** 446 U.S. at 344 (actual conflict of interest adversely

-2-

affecting lawyer's performance renders assistance ineffective).

To establish that counsel's performance was "deficient," a "Petitioner must show that counsel's representation fell below an objective standard of reasonableness." Id. at 688. Counsel's performance is measured against objective professional standards. See: **United States v. Johnson**, 475 F.2d 1297, 1300(D.C.Cir. 1973)(citing, inter alia, Standards Relating to the Defense Function, Approved Draft, 1971, ABA Project on Standards for Criminal Justice(1971); **United States v. Pinkney**, 551 F.2d 1241, 1248(D.C.Cir. 1976).

To establish "prejudice," a Petitioner "must show that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different. A reasonable probability is a probability sufficient to undermine confidence in the outcome." **Strickland**, 466 U.S. at 694.

Petitioner's counsel committed numerous errors in Petitioner's case which would have resulted in dismissal of Petitioner's indictment if counsel had been the counsel required by the Sixth Amendment.

1. **The Unconstitutional Statutes:** Jurisdiction is a threshold matter for the courts and for a competent Sixth Amendment counsel. Had counsel investigated the facts and the law of the court's jurisdiction over Petitioner, he would have discovered that the statutes used to indict and convict Petitioner, were never enacted into positive law and are unconstitutional on their face, thus Petitioner committed no crime as a matter of law. Petitioner's counsel should have investigated and filed a motion to dismiss with prejudice prior to trial or plea, pursuant to F.R.Crim.P., Rule 12. Had counsel investigated, Petitioner would never have been subjected to any imprisonment. Both prongs of the **Strickland** test are met.

2. **The Fifth and Sixth Amendment Violations:** Counsel allowed

-3-

Petitioner to be sentenced to enhancements which were not on his indictment nor admitted. The Court constructively amended Petitioner's indictment and rendered a judgment notwithstanding the verdict, is structural error. Petitioner is actually innocent of the enhanced crimes for which he was convicted and imprisoned. Had Petitioner's counsel been the counsel required by the Sixth Amendment, in other words, the counsel that constitutionally represented **Apprendi, Blakley, and Booker,** then he would not now be subjected to a much longer prison term than that provided by his conviction or plea.

3. **The Government's Unclean Hands:** Petitioner has now had to do the research which counsel should have done to discover that the government's position has been that they have been illegally imprisoning American citizens since 1948 based on constitutionally invalid statutes. The government is estopped from taking one position before Congress and the American people and another position to imprison its citizens based on statutes that do not legally exist. A basic premise of law is that an attorney who graduates from law school and passes the Bar Exam, should know where and how to research the law of the case.

**GROUND TWO:** Prosecutorial Misconduct occurred by the Government's Fraud, Unclean Hands, Bad Faith, and Violations of the Principles of Fair Dealing, rendering the Indictment and Conviction Void. Throughout the period when the Department of Justice was indicting, jailing and convicting Petitioner, they wore two faces. The first face, the one presented to the Congress of the United States, and therefore, the American people, said that when Congress adjourned for more than three days, the adjournment was sine die adjournment, thereby, killing all pending legislation. In other words, the Department of Justice, the "experts in the law," knew that Public Law 80-772 and 80-773, were

never enacted into positive law, were unconstitutional on their face, and were void ab initio. They, therefore, knew that Title 8 U.S.C. § 1326, as well as 18 U.S.C. § 3231, were never enacted into positive law, were unconstitutional from their inception, and the government either knew or should have known that 8 U.S.C. §1326 lacked implementing regulations, therefore, not law of the United States.

With respect to the accused's right to information, the prosecutor should be vigilant to see that full disclosure is made at trial of whatever may be in his or her possession which bears in any material degree on the charge for which the defendant is tried, it is more important in the long run that the government disclose the truth so that justice may be done, than that some advantage might accrue to the prosecution insuring a conviction. **U.S. v. Consolidated Laundries Corp.,** 291 F.2d 563(2d Cir.1961); **U.S. v. Zborowski,** 271 F.2d 661(2d Cir.1959). The American Bar Association for the Administration of Criminal Justice provides that, "except as otherwise specified as to protective orders, the prosecuting attorney **must disclose** to the defense counsel, any material or information within the prosecutor's possession or control, which tends to negate the guilt of the accused as to the offense charged, or would tend to punishment imposed." ABA Standards for Criminal Justice, Discovery and Procedure Before Trial § 11-2.1(C). Whether a trial or plea agreement, it includes an **implied obligation of good faith and fair dealing. U.S. v. Avellino,** 136 F3d 249(2d Cir.1998).

Clean hands is a legal euphemism which refers to the acceptability, cleanliness, and decency of the claim put forth. It means that a claim tainted with deceit and impurity of motive, which, if of decent character, would perhaps receive approval, will unhesitantly be ignored. It means that a party who seeks to set the

-5-

judicial machinery in motion and obtain some equitable remedy and has violated conscience of good faith, or another equitable principle in prior conduct with reference to the subject in issue, the doors of equity will be shut, notwithstanding the defendant's conduct has been such that in the absence of circumstances supporting the application of the maxims, equity might have awarded relief. **Hoehn v. Crews**, 144 F.2d 665(10thCir)Affirmed, 324 US 200, 89 L.Ed. 870, 65 S.Ct. 600; **Ohio Oil Co. v. Sharp**, 135 F.2d 303(10thCir.); **New York Football Giants, Inc.** v. **Yellow Cab Transit C.**, 321 U.S. 383, 387(1944) **quoting** "We may assume that because of the clean hands doctrine, a federal court should not, in the ordinary case, lend its judicial power to a plaintiff who seeks to invoke that for the purpose of consummating a transaction in clear violation of the law"); **McKennon v. Nashville Publishing Co.**, 513 U.S. 352(1995). **An order or judgment obtained in violation of Due Process, without jurisdiction, or by fraud is void.** **Government Financial Services v. Peyton Place**, 63 F.3d 767, 772-773(5thCir.1995); **New York Life Insurance Co. v. Brown**, 84 F.3d 137, 143(5thCir.1996). The undisputed fact exists that a fraud, plainly designed to corrupt the legitimacy of the truth-seeking process, was perpetrated on the court by the prosecution team in this case. **Hazel-Atlas Glass Co. v. Hartford-Empire Co.**, 322 U.S. 238, 247(1944). Overruled on other grounds by Standard Oil v. United States, 429 U.S. 17, 18(1976); **Dixon v. Commissioner of Internal Revenue**, No. 0070858(9thCir.1/17/04). See also: **Chambers v. Nasco, Inc.**, 501 U.S. 37, 44(1991); **Fierro v. Johnson**, 197 F.3d 147.12(5thCir.1999); **In re Murchison**, 349 U.S. 133, 136(1955). "Whenever an allegation is made that an attorney has violated his moral and ethical responsibility, an important question of professional ethics is raised. It is the duty of the district court to examine the charge, since it is that court which

is authorized to supervise the conduct of the members of the bar."
**Gas-A-Tron v. Union**, 34 F.2d 1322 (9thCir. 1076).

**GROUND THREE:** Immigration Courts and Immigration Judges, are the
proper jurisdiction and venue to hear and decide immigration violation
cases, for removal of removable aliens, no criminal charges may be
brought for a civil type violation. No one should be held guilty of
any criminal offense of any act or omission which did not constitute
a criminal offense, under national or international law, at the time
when it was committed. Deportation is not a criminal proceeding, no
Jury sits, and no Judicial review is allowed. See: **Calson v. Landon,**
(U.S. 1952) 72 S.Ct. 525, 342 U.S. 524, 96 L.Ed. 547. Deportation
proceeding is a civil, "not a criminal action." See: **Ramirez-Osorio
v. INS,** C.A.5 1984, 745 F.2d 937. Rehearing denied, 751 F.2d 383.

Petitioner hereby challenges the government to be forthcoming with
the unequivocal clear and concise proof that the statutes that they
have applied to the Petitioner's indictment, are in fact and in law,
constitutionally properly enacted, with their properly mandated
implementing regulations, therefore, making them law. If there are
any that could be lawfully charged against him. Otherwise, this entire
matter must be declared as null and void from its inception, and the
Petitioner must be discharged immediately.

It is an operation of law that statutes be implemented by
regulation for general application. How do we know that? The Supreme
Court has stated for their opinion and insight into this 1960 criminal
case. In **U.S. v. Mersky,** the result is that neither the statute nor
the regulation are complete without the other, and only together do
they have any force. In effect, therefore, the construction of one,
necessarily involves the construction of the other. **U.S. v. Mersky,**
361 U.S. 431, 4 L.Ed.2d 423(underline added).

-7-

In the framework of criminal prosecution, unclarity in a statute or a regulation, issued thereunder, is of itself, enough to resolve doubts in favor of the defendant. [Headnote 10, U.S. v. Mersky (361 US 431, 4 L.Ed.2d 423)]

Regulations promulgated by an administrative agency under an act of Congress imposing criminal sanctions upon a violation of such regulations, are governed by the same requirements of definiteness as are statutes defining criminal action. See: **M. Kraus & Bros. v. United States** (1946) 327 US 614, 90 L.Ed. 894, 66 S.Ct. 705. Such regulations must be explicit and unambiguous in order to sustain a criminal prosecution, and must adequately inform those who are subject to their terms as to what conduct will be considered evasive so as to bring the criminal penalties of the statute into operation. **(M. Kraus Bros. v. U.S.)** Indefiniteness in such regulations cannot be cured by an interpretation by the administrative agency, so as to sustain a criminal prosecution. (As stated in M. Kraus & Bros. v. U.S.) [Reference 2 (96 L.Ed. 379) of Headnote 10 for U.S. v. Mersky, 361 US 431, 4 L.Ed.2d 423) Anno: Indefiniteness of Penal Laws §3. Administrative Regulations.]

The law requires that an administrative agency be clear about how a statute will be implemented and who is subject to regulatory police powers. That is why the regulation is needed. The Department of Justice (DOJ) and the Immigration and Naturalization Service (INS), are administrative agencies. According to the Administrative Procedures Act found in Title 5 U.S. Code §553, the regulations promulgated by the Attorney General under the Immigration and Naturalization Act, must first be published in the Federal Register for public comment and debate by interested persons. Once the rulemaking process is lawfully finished, the regulation is listed

-8-

in the **Code of Federal Regulations (CFR).** Looking in the Parallel
Tables of Authorities, there are Rules listed and regulations found
for the statutes from sections 1322 to 1330, as per the following
Excerpt from the Parallel Table of Authorities and Rules:

```
STATUTES IN TITLE 8      IMPLEMENTING REGULATIONS IN (CFR)
  U.S. CODE SECTION        CODE OF FEDERAL REGULATIONS
       1322....................... 8 Part 280
       1323....................... 8 Parts 273, 280
       1324....................... 8 Part 274, 28 Part 9
       1324a-1324c............... 8 Part 68
       1324a..................... 8 Part 274a
       1324b..................... 8 Part 3, 28 Part 44
       1324c..................... 8 Part 270
       1330...................... 8 Part 241, 280
```

In the above table, Statutes 1322 through 1324, all have
implementing regulations as required. They have been implemented into
law and have force and effect of law. The regulations tell whom the
statutes will apply to and the administrative procedures to be
followed. And as can be seen in the above illustrated table, neither
section 1325, nor section 1326 is listed as having been implemented.

To confirm the requirements for regulations within the government
agencies, we need to look at another U.S. Supreme Court ruling.

### California Bankers Association v. Shultz

Under the Act, the Secretary of the Treasury, is authorized to
prescribe by regulation certain record keeping and reporting
requirements for banks and other financial institutions in this
country. Because it has bearing on our treatment of some of the issues
raised by the parties, we think it is important to note that the Acts,
civil and criminal penalties, attach only upon violation of
regulations promulgated by the Secretary; if the Secretary were to do
nothing, the Act itself would impose no penalties on anyone.
California Bankers Association v. Schultz, 416 US 21, 39 L.Ed.2d 812,
94 S.Ct. 1494. (Underlines added) This is how the Inalienable Rights

-9-

are protected, and how the "Due Process of Law" works within the Administrative Agencies. Publishing a regulation would confirm that these are administrative issues involved within the agency, (those registered with th I.N.S.), and that they are not a criminal matter, as pretended, since there is no victim with injuries or damages.

**GROUND FOUR:** All officers of the court and government entities involved deprived the Defendant of his constitutional rights under the Fifth and Sixth Amendments, by applying unimplemented statutes, causing the Defendant to self-incriminate in entering into a null and void plea agreement from its inception. Had the Defendant not have been defrauded by officers of the court, he would not have entered into any plea agreement that he knew was a fraud, by not having properly implementing regulations or any effect of law.

The Defendant was convicted and sentenced by fraud, collusion of the parties, or obtained under want of jurisdiction, causing to be detained unconstitutionally and in violation of his due process of law, under the Fifth Amendment.

It is well settled that the law is a fact and the court is presumed to know the law or where to find it. **United States v. Rivero**, 532 F.2d 450 (5th.Cir. 1976). It is therefore, the duty of the court, once any defect is brought to its attention, to corrected, no matter how inconvenient or costly to the plaintiff or the government. A federal court is further obliged to note lack of subject matter jurisdiction sua sponte. See: **Mansfield, C & L.M. Ry v. Swan**, 111 U.S. 379, 4 S.Ct. 510, 28 L.Ed. 482 (1884); **Louisville & Nashville R. Co. v. Mottley**, 211 U.S. 149; **Sumner v. Mata**, 449 U.S. at 548, n.2.

A judgment may not be rendered in violation of Constitutional limits and Guarantees. See: **Hanson v. Deckla**, 357 U.S. 235, 256, 78 S.Ct. 1228, 2 L.Ed.2d 1283 (1958) A fundamental requirement of **Due**

-10-

**Process**, is the **opportunity to be heard** at a **meaningful time** and in a **meaningful manner.** Const. Amend. V; **Mathews v. Eldridge**, 424 US 319, 333, 96 S.Ct. 893, 47 L.Ed.2d 18 (1976); **Armstrong v. Manzo**, 380 US 545, 552, 85 S.Ct. 1187, 14 L.Ed.2d 62, (1965); **Hammond Packing Co. v. State of Arkansas**, 212 US 322, 29 S.Ct. 370, 3 L.Ed. 530 (1909). Due Process forbids even the **appearance of vindictiveness. Bordenkircher v. Hayes**, 434 US 357, 362, 98 S.Ct. 663, 54 L.Ed.2d 604 (1978). Due process also includes the right to introduce evidence and have judicial findings made on that evidence. **Jennings v. Maloney**, 404 US 25, 92 S.Ct. 180, 301 L.Ed.2d 146 (1971); **Jenkins v. McKeithen**, 395 U.S. 411, 89 S.Ct. 1843, 23 L.Ed.2d 404 (1969) rehearing denied, 396 US 869 (1969). Without jurisdiction, any judgment is without **DUE PROCESS**, and ineffectual, and all proceedings are <u>VOID</u>, and of no value. 16 Am Jur 2d, Constitutional Law §966. The fact that the Defendant did not know the law or that the fraud was being perpetrated, cannot be held against him, but justice must be done now.

A departure from established modes of procedure can render the judgment void where the **procedural defects** are of sufficient magnitude to constitute a violation of Due Process, or so unfair to deprive the proceedings of vitality or the irregularities are serious enough to be deemed jurisdictional. **Winsor v. McVeigh**, 93 U.S. 274, 282, 23 L.Ed. 914 (1876); **Eagles v. United States**, 329 U.S. 304, 91 L.Ed. 308 (1946). In other words, **NO LEGAL STATUTE, NO CRIME CAN BE CHARGED!**

Penal laws are construed strictly because legislatures, not courts, define crimes and establish punishments. **Yates v. United States**, 354 U.S. 298, 304, 775 S.Ct. 1064, 1 L.Ed.2d 1356 (1957), overruled on other grounds, **Burks v. United States**, 437 U.S. 1, 98 S.Ct. 2141, 57 L.Ed.2d 1 (1978). Article 1, Section 5, Clause 4 of the Constitution mandates how legislating laws is to be done.

-11-

## JUDICIAL NOTICE AS TO JURISDICTION

The facts and law which establish the unconstitutionality of the statutes, are now judicially noticed on the record because the court was **REQUIRED!!!** to take judicial notice as mandatory. See: F.R.E., Rule 201(d)(the court must take judicial notice of adjudicative facts when requested and supplied with necessary information). Since the facts have now been judicially noticed, those facts have now been established as a matter of law. This is a claim that the statutes charged in the indictment, were lacking required implementing regulations, making the indictment null and void. In **United States v. Cotton**, 535 U.S. 625, 630 (2002), the term **"jurisdiction"** was defined as, **"the Court's statutory or constitutional power to adjudicate the case."** This concept, also known as "subject-matter jurisdiction," involves a Court's power to hear a case and can never be forfeited or waived. Consequently, defects in subject matter jurisdiction require correction regardless of whether the error was raised in the District Court. **United States v. Peter**, 310 F.3d 709, 712 (11th.Cir.2002).

**The only function remaining to this Court now, is that of announcing this fact and dismissing Petitioner's case, and order his discharge from unlawful detention. McCardle,** suppra, 7 U.S. at 514; **Steel Co.,** supra, 523 U.S. at 101 (Article III jurisdiction "is always an antecedent question").

THEREFORE, in conclusion, for the aforementioned facts, points, authorities and laws, the Petitioner hereby urges this Honorable Court to follow the law, and grant him the relief he is entitled to, and order the above entitled matter as void, discharging him forthwith.

Dated:                                          Respectfully submitted,

                                                Ernesto Luera

-12-

# *Certificate of Service*

I, ERNESTO LUERA _____, hereby certify that I have served a true and correct copy of the following, by placement in the inmate mail: RE: No. C07 04009 JF

Notice and Motion to Amend Habeas Corpus Motion pursuant to F.R.Cv.P., Rule 15 (a)(c) and Declaration in Support and attached Memorandum of Law.

One original and two copies to the Court, one copy to the U.S. Attorney's Office.

cc: file

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the Court. *Houston v. Lack* 101 L.Ed..2d. 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Clerk
U.S. District Court
Northern District of California
280 S. First St., Rm. 2112
San Jose, CA 95113


U.S. Attorney's Office
Robert S. Mueller
Federal Building
Box 36055
San FRancisco, CA 94102


and deposited in the United States Mail maintained by the FPC Lompoc, Lompoc, California, all requirements of service of process required by law have been fulfilled this:

17th. _____ day of September _____, 20 07 .

**United States Penitentiary**
**3901 Klein Boulevard**
**Lompoc, CA 93436**

(Name) *Ernest Luera*
        Ernesto Luera
        10549-111 _____
        Bureau of Prisons Identification Number