## FAST TRACK REPORT

| Docket Number (Year-Sequence No.-Deft. No.) | Charge(s) (Title, Section, and Description) |
|---|---|
| CR05-70457 RS | 8 USC 1326 – UNLAWFULLY RE-ENTERED AND WAS FOUND IN THE UNITED STATES AFTER ARRESTS AND DEPORTATIONS, WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL OR THE SECRETARY OF HOMELAND SECURITY |

## DEFENDANT

Name
LUERA, ERNESTO
AKA: LUERA-DOMINGUEZ, ERNEST

**PRIOR CRIMINAL RECORD:** A name check with NCIC, CII and DMV (California Department of Motor Vehicles), revealed the following criminal history for this individual:

| DATE/PLACE | CHARGE(S) | DISPOSITION |
|---|---|---|
| 6/17/83 San Jose, CA | 1. Take Vehicle W/O Own Consent/Veh Theft<br>2. Receive/Etc  Known Stolen Property (C8300272) | Convicted 12/16/83: Count 1 (**Misdemeanor**); 2 years court probation, 12 days jail, 12 days credit, imposition of sentence suspended<br>Count 2: Dismissed/View of Plea |
| 8/13/83 San Jose, CA | Driving on Suspended License (C8312784) | Convicted 11/9/83 (**Misdemeanor**): 1 year court probation, fine, imposition of sentence suspended |
| 12/27/84 San Jose, CA | Driving on Suspended License w/Prior (C8461367) | Convicted 1/22/85 (**Misdemeanor**): 5 days jail |
| 7/28/87 San Jose, CA | Driving on Suspended License w/2 Priors (C8726222) | Convicted 8/26/97 (**Misdemeanor**): 3 years probation, 10 days jail, fine |
| 9/24/87 San Jose, CA | Driving on Suspended License w/2 Priors (E8743776) | Convicted 10/28/87 (**Misdemeanor**): 2 years court probation, 10 days jail,  fine<br><br>12/29/87: Sentence Modified, 10 days jail, 2 days credit |
| 11/7/88 San Jose, CA | Driving on Suspended License w/Prior (C8800344) | Convicted 2/16/89 (**Misdemeanor**): 1 year court probation, 5 days jail<br><br>4/12/89: Probation Revoked, 1 day jail, 1 day credit |
| 4/28/91 USINS San Diego, CA | Deportation Proceedings | Deported |

**PAGE 2**
**FAST TRACK REPORT**
**RE: LUERA, ERNESTO**                                     **CASE #: CR05-70457 RS**

| DATE/PLACE | CHARGE(S) | DISPOSITION |
|---|---|---|
| 11/13/91 San Jose, CA | Failure to Appear on Infraction (B9199580) | Convicted 11/15/91 (**Misdemeanor**): Sentence suspended |
| 11/13/91 San Jose, CA | 1. Kidnapping<br>2. Robbery: 1ˢᵗ Degree<br>3. Burglary: 1ˢᵗ Degree<br>4. Grand Theft: Property<br>(152833) | Convicted 3/9/92: Count 4 (**Felony**): 1 year formal probation, 56 days jail, 56 days credit<br><br>Counts 1 - 3: Dismissed |
| 3/29/92 San Jose, CA | 1. Robbery: 1ˢᵗ Degree<br>2. Felon/Addict/Etc Possession of Firearm<br>3. Receive Known Stolen Property<br>(157876) | Convicted 8/14/82: Count 2 (**Felony**): 2 years prison concurrent w/157875, 110 days credit<br><br>Counts 1 & 2: Dismissed |
| 6/2/92 San Jose, CA | Failure to Appear on Infraction (H0926398) | Convicted 6-25-92 (**Misdemeanor**): 2 days jail, 2 days credit |
| 6/2/92 San Jose, CA | Transport/Sell Narcotic/Controlled Substance (157875) | Convicted 8/14/92 (**Felony**): 3 years prison, 120 days credit<br><br>7/11/94: Violation of Parole - To Finish Term<br><br>7/10/97: Violation o Parole - To Finish Term<br><br>9/3/04: Violation of Parole - To Finish Term<br><br>7/29/05: Violation of Parole - To Finish Term |
| 7/5/94 San Jose, CA | Hit and Run (C9409530) | Convicted 1/20/95 (**Misdemeanor**): 60 days jail, 60 days credit |
| 8/4/95 USINS Eloy, AZ | Deportation Proceedings | Deported to Mexico via Nogales, AZ |
| 2/28/96 San Jose, CA | 1. Inflict Corporal Injury Spouse/Cohab<br>2. Force/ADW - Not Firearm: GBI Likely (C9681329) | Convicted 7/3/97: Count 1 & 2 (**Misdemeanors**); 3 years formal probation, 90 days jail, 2 days credit, fine<br><br>5/20/98: Probation Revoked, Defendant in CDC |
| 7/14/98 USINS San Ysidro, CA | Attempted Illegal Entry into US from Mexico | 8/14/98: Ordered Remove for Life from the US |

**PAGE 3**
**FAST TRACK REPORT**
**RE: LUERA, ERNESTO**                                    **CASE #: CR05-70457 RS**

| DATE/PLACE | CHARGE(S) | DISPOSITION |
|---|---|---|
| 4/17/05 San Jose, CA | 1. Possess Controlled Substance<br>2. Use/Under Influence Controlled Substance<br>3. Drive While License Suspended<br>(CC589042) | Convicted 7/25/05: Count 1 (**Felony**) and Counts 2 & 3 (**Misdemeanors**); 147 days probation, 147 days jail, 147 days credit, fine |
| 12/20/05 San Jose, CA | 1. Vehicle Theft<br>2. Driving on Suspended License<br>3. Receive/Etc Known Stolen Property<br>(CC514659) | Convicted 3/27/06: Count 2 (**Misdemeanor**) & 3 (**Felony**); Probation denied, 11 months jail, 147 days credit, fine |